CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

Civil Action No. 17-670

vs.

Internal Revenue Service
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Alan Butler, hereby state that:
On the 17th day of April, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General of the United States
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 70151520000053205527 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 21st day of April, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

April 25, 2017                                     s/ Alan Butler
(Date)                                             (Signature)

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000053205527

▶  ▶  ▶  Delivered

**Updated Delivery Day:** Friday, April 21, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| April 21, 2017, 5:17 am | Delivered | WASHINGTON, DC 20530 |
| | Your item was delivered at 5:17 am on April 21, 2017 in WASHINGTON, DC 20530. | |
| April 20, 2017, 1:10 pm | Available for Pickup | WASHINGTON, DC 20530 |
| April 20, 2017, 12:09 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| April 19, 2017, 5:48 am | In Transit to Destination | |

See More ⌄

## Available Actions

Text Updates  ⌄

Email Updates  ⌄



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

Certified Mail Fee  $3.35        0277
$                   $0.00         16
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00         Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $1.40
$                              04/17/2017
Total Postage and Fees $4.75
$
Sent To  Attorney General, DOJ
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4®  Washington, D.C. 20530
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

70151520000053205527