UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
               Plaintiff

vs.                      Civil Action No. 17-670

Internal Revenue Service
_____
               Defendant

## NOTICE OF APPEAL

Notice is hereby given this 29th day of September, 20 17, that Electronic Privacy Information Center (Plaintiff) hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 18th day of August, 20 17 in favor of Internal Revenue Service (Defendant) against said Electronic Privacy Information Center (Plaintiff)

_____
               Attorney or Pro Se Litigant

Electronic Privacy Information Center
1718 Connecticut Avenue NW, Suite 200
Washington, D.C. 20009
(202) 483-1140
               Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| Kieran O. Carter | Megan Eileen Hoffman-Logsdon |
| Trial Attorney, Tax Division | Trial Attorney, Tax Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 227 | P.O. Box 227 |
| Washington, D.C. 20044 | Washington, D.C. 20044 |